**SULAIMAN LAW GROUP, LTD**
Alexander James Taylor (State Bar No. 322334)
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (331) 307-7646
Facsimile: (630) 575-8188
Email: ataylor@sulaimanlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CYNTHIA V. SERRANO,<br><br>             Plaintiff,<br><br>     v.<br><br>REACH FINANCIAL, LLC,<br><br>Defendant. | Case No. 2:25-cv-04242-PA-PVC<br><br>**ORDER** |

Plaintiff, CYNTHIA V. SERRANO ("Plaintiff"), by and through the undersigned attorney, having filed with this Court her Notice of Voluntary Dismissal with Prejudice and the Court having reviewed same, now finds that this matter should be dismissed as to Defendant, REACH FINANCIAL, LLC.

IT IS THEREFORE ORDERED by this Court that the above cause of action is hereby dismissed, with prejudice, as to REACH FINANCIAL, LLC. Each party shall bear its own costs and attorney fees.

IT IS SO ORDERED

Dated: June 9, 2026

Dated ___June 09, 2026___

_____
United States District Judge

1